**FILED**

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Max Lorenzo Lujan<br>(year of birth 1990) | ) ) ) ) ) | Case No. **26-MJ-2209** |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 12-13, 2026 _____ in the county of _____ Bernalillo _____ in the
_____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Stacey Stout, FBI Special Agent
_____
*Printed name and title*

Signed electronically and sworn to me telephonically.

Date: May 13, 2026

_____
*Judge's signature*

City and state: _____ Albuquerque, New Mexico _____      John F. Robbenhaar, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Special Agent Stacey Stout, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND BACKGROUND OF THE AFFIANT**

1.     I make this affidavit in support of the arrest of Max Lorenzo Lujan (year of birth 1990) ("LUJAN"), for a violation of 18 U.S.C. § 2422(b), Attempted Coercion and Enticement of a Minor.

2.     I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, since September of 2019. As such, I am a federal law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for federal offenses including those enumerated in 18 U.S.C. § 2422. I am currently assigned to the FBI's Child Exploitation and Human Trafficking Task Force in Albuquerque, NM, where my responsibilities include investigating violations including violent crimes against children, human trafficking, child pornography, online enticement, and sexual exploitation of children. I have received training on how to conduct complex investigations, and I have participated in the execution of arrest and search warrants involving various federal violations. My investigative training and experience includes, but is not limited to: conducting surveillance; interviewing subjects, targets and witnesses; writing affidavits for and executing search and arrest warrants; managing cooperating witnesses/defendants; issuing subpoenas; collecting evidence; and analyzing public records. I have previously participated in child exploitation investigations and the execution of related search warrants. I have also received training and have experience in obtaining, receiving, and reviewing electronic records, including prospective cell-site location for cellular telephones,

1

obtaining forensic extractions of cellular telephones, and reviewing data obtained from cellular telephones and social media platforms/messaging applications.

3.     The statements contained in this affidavit are based upon my investigation, training and experience, as well as information provided by other law enforcement officers or from other reliable sources.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts which I believe are necessary to establish probable cause to support a criminal complaint against LUJAN for a violation of 18 U.S.C. § 2422(b).

## RELEVANT STATUTE

4.     This investigation concerns alleged violations of certain activities relating to the sexual exploitation of minors, including 18 U.S.C. § 2422(b) (attempted coercion and enticement of a minor).  Title 18 U.S.C. § 2422 makes it a federal crime for any person to use the mail or any  facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

5.     Beginning on May 11, 2026, I, along with law enforcement officials with the FBI, participated in an undercover operation in an effort to identify individuals in the Albuquerque area with a sexual interest in children. Acting in an undercover capacity, law enforcement officials, posing as minor children, engaged with users on a variety of messaging applications.

6.       On May 12, 2026, I was made aware of a sworn law enforcement officer operating in an undercover capacity who was engaged in an online chat conversation via MocoSpace[1] with a subject later identified as Max Lorenzo Lujan (LUJAN). The law enforcement officer's undercover (UC) persona was that of a 12-year-old girl. LUJAN first sent a friend request to the UC on MocoSpace and the following are excerpts of the chat between the UC and LUJAN[2]:

| | |
|---|---|
| UC: | Ohh that's so cool tbh [to be honest] don't judge me ok but like I'm almost 13 f [female] Albuquerque but like if that's not cool like bye bc I don't want probs |
| Lujan: | No that's cool. I'm glad your're honest. Thank you 🙏 tbh I'll shar a secret |
| Lujan: | *share |
| Lujan: | I've been wanting a teen girl lately lol |

********************[3]

| | |
|---|---|
| Lujan: | I'd fwu [fuck with you] 😊 |
| Lujan: | I don't just wanna chat I wanna fuck lol |

********************

| | |
|---|---|
| Lujan: | And tbh yeah I'm horny af [as fuck] lol |
| Lujan: | Idk [I don't know] if you're down but we'd have to hang out and see you know |

---

[1] MocoSpace is a mobile-focused social networking app and website, primarily used for meeting new people, chatting, and playing games. It features chat rooms, private messaging, live streaming, and photo sharing, serving a large community of users looking to connect locally or worldwide.

[2] The messages are included here in their original forms, including any typographical errors. [to be honest]

[3] Asterisks (********) here and throughout denote a break in the conversation. Only certain portions of the chat conversations are included here, for the purpose of establishing probable cause for the requested warrant.

UC:                Ig so I never did that so I'm curious tbh

Lujan:            If the vibe is good then hell yeah I'd probably fuck you

7.      LUJAN also commented on the UC's virginity: "You're a virgin. That's fine. Kinda hot tbh lol." And asked the CU if she ever watched porn.  LUJAN stated his goal was to "have fun and not go to jail", indicating his knowledge that sexual contact with a 12 year old was against the law. He also expressed that he did not want the UC's mother to see any of their messages.

8.      As the conversation progressed the UC and LUJAN began to communicate through the social media application SnapChat[4] and the messaging continued from May 12, 2026, to May 13, 2026. At approximately 2:11pm (MST) on May 13, 2026, LUJAN messaged the UC, "Let's meet up." At approximately 2:28pm, LUJAN said, "Try not to make it too obvious lol Maybe we meet at the park first or something" The UC replied "Ok" and LUJAN messaged back, "I'll have to ride my e-bike and as long as you promise you're not a cop and you can keep a secret. We can be friends I guess?"  At approximately 2:33pm, LUJAN sent the UC a photo of his face, allowing law enforcement to confirm his identity as Max Lorenzo Lujan with a year of birth of 1990.

9.      The conversation continued with LUJAN planning to meet the UC at a park in Northeast Albuquerque, New Mexico, at approximately 7:30pm. At approximately 8:35pm, LUJAN was observed riding an electric bicycle near the park. Law enforcement officials detained LUJAN and transported him to the FBI Albuquerque Field Office. LUJAN was advised

---

[4] SnapChat is an American multimedia social media and instant messaging application and service developed by Snap Inc., originally Snapchat Inc. One of the principal features of the application is that pictures and messages, known as "Snaps", are typically only accessible for a brief period of time before their recipients can no longer access them.

of his Constitutional Rights per *Miranda v. Arizona* by law enforcement officers, to which he stated he understood and agreed to speak law enforcement.

10.     LUJAN was questioned about the online conversation with the UC. LUJAN stated he was speaking with a 13-year-old female named "JJ." LUJAN stated the conversations took place on MocoSpace. LUJAN claimed JJ asked questions about practicing sex. LUJAN said he intended to teach JJ about sex but was unable to describe how he intended to accomplish this. LUJAN went on to state he believed he was being "catfished" and thought the FBI was watching him. He stated his goal was to meet JJ so he could find out why the FBI was watching him. LUJAN admitted to riding his e-bicycle approximately 45 minutes to meet with JJ. LUJAN stated he wanted to hang out with JJ and possibly eat. Later in the interview, LUJAN said he was hoping JJ's parents were home so he could tell them about JJ's curiosity with practicing sex.

11.     When confronted with the messages he had sent, LUJAN admitted it looked bad and believed a jury of his peers would think his intention was to have sex with an underage girl. LUJAN remained adamant he knew JJ was a law enforcement official and he had no intention of having a sexual encounter with an underage girl.

12.     Had LUJAN engaged in sexual acts or sexual contact with a minor child as intended, such conduct would be in violation of New Mexico state law, more specifically, N.M.S.A. § 30-9-11, which is criminal sexual penetration of a child under thirteen years of age, or N.M.S.A. § 30-9-13, which is criminal sexual contact of a minor.

### CONCLUSION

24.     In summary, I submit that this affidavit supports probable cause authorizing a criminal complaint against LUJAN for a violation of 18 U.S.C. § 2422(b), Attempted Coercion and Enticement of a Minor.

5

25.     This affidavit has been reviewed by Assistant United States Attorney Sarah Mease.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Stacey Stout
Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn to me telephonically this ___13th___ day of May 2026:

UNITED STATES MAGISTRATE JUDGE

6